PATRICK M. CIOCCA, CA SBN 219418
Attorney at Law
703 Second Street
Suite 357
Santa Rosa, CA 95404
(415) 265-4200
(707) 286-0058 (fax)
pmcesq@hotmail.com

JAI M. GOHEL, CA SBN. 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:  (415) 771-6174
Facsimile:   (415) 474-3748
Email: jaigohel@rocketmail.com

Attorneys for Plaintiff Christopher James Alcala

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher James Alcala,<br><br>                    Plaintiff,<br>        v.<br><br>CITY OF COTATI, Officer Anthony Garber, Corporal Brian Deaton and DOES 1 to 50, included.<br><br>                    Defendants. | Case No. 3:20-cv-03414-JSC<br><br>~~(PROPOSED)~~ **ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS** |

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby orders that the document entitled "Statement" filed as document number 24 in the above titled matter be removed.

January 7, 2021
Date

**GRANTED**
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley

1