UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES ALCALA,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF COTATI, et al.,<br><br>    Defendants. | Case No.  20-cv-03414-JSC<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

Following the Further Case Management Conference held on April 22, 2021, the Case Management Schedule is AMENDED as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | June 21, 2021 |
| Expert Witness Disclosures: | July 23, 2021 |
| Rebuttal Expert Witness Disclosures: | August 20, 2021 |
| Expert Discovery Cutoff: | September 20, 2021 |
| Deadline for Hearing Dispositive Motions: | November 18, 2021, 9:00 a.m. |
| Pretrial Conference: | March 24, 2022 |
| Trial: | April 11, 2022 |

**IT IS SO ORDERED.**

Dated: April 22, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge