DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for
CITY OF COTATI, OFFICER ANTHONY GARBER,
CORPORAL BRIAN DEATON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES ALCALA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COTATI, OFFICER ANTHONY GARBER, CORPORAL BRIAN DEATON and DOES 1-50, included,<br><br>Defendants. | Case No. 3:20-CV-03414-JCS<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES**<br><br>Hon. Jacqueline Scott Corley<br><br>Trial:    April 11, 2022 |

After meeting and conferring on upcoming dates, the Parties by and through their counsel hereby stipulate and request a trial continuance and resetting of discovery and the dispositive motion hearing date. The parties have not sought a continuance of the dates before now.

Pursuant to FRCP 16(b)(4), there is good cause for this stipulation and request to reset the discovery cut off dates. The parties initially agreed to hold off on discovery based on the relatively agreed upon "disputed" facts and go to an early settlement conference. The case did not settle but calendar conflicts, then trial issues on other cases delayed the taking of the depositions of the plaintiff and defendants. It now has become clear that a major trial conflict has arisen for plaintiff counsel, Mr. Gohel.

Mr. Gohel is involved in a large RICO murder trial before Judge Chen, which relates to the Hells Angels Motorcycle Club, US v Nelson, et. al. He represents the lead defendant Jonathan Nelson. It was scheduled for trial in October 2021, but recently the trial was continued to January 2022. Mr. Gohel had anticipated the April 11, 2022, trial date would not be in conflict, given the length of the Nelson trial (likely about 5 months), but that is no longer the case.

The parties have various conflicts over the summer leading to conflicts in completing discovery and ask the trial date to be continued, and discovery dates and dispositive motion dates be reset accordingly.

The parties have met and conferred, and ask for any date convenient to the courts calendar beginning Monday August 15, 2022. The trial estimate remains 4 days. The parties intend to return to Judge Illman for a further settlement conference after the close of discovery.

For these reasons, the parties respectfully request the continued dates listed below.

| | |
|---|---|
| Fact Discovery Cut-Off | October 17, 2021 |
| Expert Witness Discovery | November 15, 2021 |
| Rebuttal Expert Disclosure | December 12, 2021 |
| Expert Discovery Cut-Off | January 17, 2022 |
| Deadline for Hearing Dispositive Motions | March 10, 2022 |
| Pretrial Conference | TBD by Court |
| Trial Date | August 15, 2022, or TBD by Court |

Respectfully submitted,

Dated: June 16, 2021

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Dale L. Allen Jr.*
　　DALE L. ALLEN JR.
　　KEVIN P. ALLEN
　　Attorneys for Defendants
　　CITY OF COTATI, OFFICER ANTHONY
　　GARBER, CORPORAL BRIAN DEATON

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

Dated: June 16, 2021

By: _____*/s/ Jai Gohel*_____
    PATRICK CIOCCA
    JAI GOHEL
    Attorneys for Plaintiff
    CHRISTOPHER ALCALA

**IT IS SO ORDERED.**

DATED: _____   By: _____
    JACQUELINE SCOTT CORLEY
    United States Magistrate Judge

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

STIPULATION AND PROPOSED ORDER
TO EXTEND DISCOVERY DEADLINES
3:20-CV-03414-JCS

446923.1