PATRICK M. CIOCCA, CA SBN 219418
Attorney at Law
703 Second Street
Suite 357
Santa Rosa, CA 95404
(415) 265-4200
(707) 286-0058 (fax)
pmcesq@hotmail.com

JAI M. GOHEL, CA SBN. 170782
Attorney at Law
819 Eddy Street
San Francisco, California 94109
Telephone:   (415) 771-6174
Facsimile:    (415) 474-3748
Email: jaigohel@rocketmail.com

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:       (415) 697-2000
Facsimile:        (415) 813-2045

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher James Alcala,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF COTATI, Officer Anthony Garber, Corporal Brian Deaton and DOES 1 to 50, included.<br><br>             Defendants. | Case No. 3:20-cv-03414-JSC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed

1

by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

    /s/_____
PATRICK CIOCCA
JAI GOHEL
Attorneys for Plaintiff CHRISTOPHER ALCALA


    /s/_____
DALE ALLEN
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF COTATI, OFFICER ANTHONY GARBER, CORPORAL BRIAN DEATON

**ORDER**

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____                                    _____
                                                                                    Hon. Jaqueline S. Corley